ROBERT S. McLAY (SBN 176661)
CHERIE M. SUTHERLAND (SBN 217992)
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
770 L Street, Suite 950
Sacramento, California  95814
Telephone:  916.449.3958
Facsimile:  916.449.8256

STEPHEN M. HAYES (SBN 83583)
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, CA 94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
(erroneously sued as State Farm Mutual Automobile Insurance)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER GINORIO,<br><br>           Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE, and DOES 1 through 25, inclusive,<br><br>           Defendants. | **CASE NO. 2:07-CV-01403-MCE-DAD**<br><br>**STIPULATION RE:  (1) AMOUNT IN CONTROVERSY DOES NOT EXCEED $75,000, (2) VOLUNTARY REMAND TO SUPERIOR COURT; AND ORDER** |

**IT IS HEREBY STIPULATED** by plaintiff Amber Ginorio ("Ginorio"), through her attorney of record, Anthony M. Ontiveros of the Arnold Law Firm, and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), through its attorneys of record, Robert S. McLay of Hayes Davis Bonino Ellingson McLay & Scott, LLP, do hereby agree and stipulate, as follows:

    1. In the present action, Ginorio does not now, nor will she at any time in the future in any court, seek to recover in excess of $75,000 including, but not limited to, special damages, economic damages, general damages, non-economic damages, costs of suit, attorney fees and

1  punitive damages.

2        2. Further, Ginorio herein stipulates the amount in controversy does not now, nor will it
3  at any time in the future in any court, exceed $75,000.  Ginorio and State Farm hereby agree to a
4  remand of this action to the Sacramento County Superior Court.

5        3. Still further, Ginorio agrees to waive any and all damages awarded, if any, at any time
6  in excess of $75,000.

7
8  Dated:  March 19, 2008        ARNOLD LAW FIRM

9
10         By    /S/ ANTHONY M. ONTIVEROS
           ANTHONY M. ONTIVEROS
11            Attorneys for Plaintiff
           AMBER GINORIO
12
13 Dated:  March 19, 2008        HAYES DAVIS BONINO ELLINGSON McLAY &
           SCOTT, LLP
14
15
16         By    /S/ ROBERT S. McLAY
           ROBERT S. McLAY
           CHERIE M. SUTHERLAND
17            Attorneys for Defendant
           STATE FARM MUTUAL AUTOMOBILE
18            INSURANCE COMPANY

19
20                         **ORDER**

21     Pursuant to the terms of the stipulation, the present action is ***HEREBY REMANDED*** to the
22 Sacramento County Superior Court.

23
24 Date:  3/28/2008

25
                         MORRISON C. ENGLAND, JR
26                          UNITED STATES DISTRICT JUDGE

27
28